UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DELORA MOUNT | CIVIL ACTION NO. 2:25-cv-01377 |
| VERSUS | |
| | JUDGE SARAH S. VANCE |
| LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER, THROUGH THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, AND LOUISIANA CHILDREN'S MEDICAL CENTER (D/B/A CHILDREN'S HOSPITAL NEW ORLEANS/MANNING FAMILY CHILDREN'S) | MAGISTRATE JUDGE KAREN WELLS ROBY |

**EX PARTE MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADINGS**

**NOW INTO COURT** and reserving all exceptions, objections, and defenses, comes Defendant Louisiana Children's Medical Center d/b/a LCMC Health ("LCMC Health"), who respectfully seeks an extension of time under Local Rule 7.8. Defendant's deadline to file responsive pleadings is September 1, 2025. Defendant moves this Court for a twenty-one (21) day extension of time, or up to and until September 22, 2025, within which to file responsive pleadings and/or otherwise respond to Plaintiff's Complaint. Defendant certifies that there has been no previous extension of time in which to file responsive pleadings and/or otherwise respond to Plaintiff's Complaint, and Plaintiff has not filed an objection to an extension of time.

Therefore, Defendant respectfully requests a 21- extension of time up to and including September 22, 2025, within which to file responsive pleadings or otherwise respond to Plaintiff's Complaint.

1

#5675537v1

Respectfully Submitted:

*/s/ Amy L. McIntire*
Amy L. McIntire (#35241)
A. Elyce Ieyoub (#39918)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Tel:  (504) 585-7000
Fax:  (504) 585-7075
Email: mcintire@chaffe.com
             elyce.ieyoub@chaffe.com

*Attorneys for Defendant, Louisiana Children's Medical Center d/b/a LCMC Health/Manning Family Children's*