## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DELORA MOUNT | CIVIL ACTION NO.  2:25-cv-01377 |
| VERSUS | |
| | JUDGE SARAH S. VANCE |
| LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER, THROUGH THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, AND LOUISIANA CHILDREN'S MEDICAL CENTER (D/B/A CHILDREN'S HOSPITAL NEW ORLEANS/MANNING FAMILY CHILDREN'S) | MAGISTRATE JUDGE KAREN WELLS ROBY |

## **ORDER**

Considering the foregoing Ex Parte Motion for Extension of Time;

**IT IS HEREBY ORDERED**, that Defendant Louisiana Children's Medical Center d/b/a LCMC Health's ("LCMC Health") Motion is **GRANTED**.  Defendant Louisiana Children's Medical Center d/b/a LCMC Health shall have up to and including September 22, 2025, within which to file responsive pleadings and/or otherwise respond to Plaintiff's Complaint.

New Orleans, Louisiana this _____ day of _____, 2025.

**JUDGE**

#5675537v1