UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Dr. DELORA MOUNT<br><br>Plaintiff<br><br>v.<br><br>LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER, through the BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, and LOUISIANA CHILDREN'S MEDICAL CENTER (d/b/a CHILDREN'S HOSPITAL NEW ORLEANS / MANNING FAMILY CHILDREN'S<br><br>Defendants | CIVIL ACTION<br><br>NO. 25-1377<br><br>JUDGE: SARAH S. VANCE<br><br>MAGISTRATE JUDGE:<br>KAREN WELLS ROBY<br><br>JURY DEMANDED |

## **PARTIAL MOTION TO DISMISS UNDER RULES 12(b)(1) and 12(b)(6)**

Defendant, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (Board of Supervisors),[1] moves for partial dismissal of Plaintiff's Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. As set forth more fully in the accompanying Memorandum in Support, the Board of Supervisors seeks dismissal of the following claims: (1) Plaintiff's state law, Americans with Disabilities Act Amendments Act, and Family and Medical Leave Act claims based on sovereign immunity; (2) Plaintiff's reliance on diversity jurisdiction, which is unavailable where a state entity is a party; (3) Plaintiff's request for punitive damages as to the remaining claims against this Defendant; and (4) Plaintiff's Title

---

[1] The Board of Supervisors is the operative arm of Louisiana State University Health Sciences Center (LSUHSC), charged by Article 8, Section 7 of the Louisiana Constitution of 1974 to supervise and manage the institutions administered through its system. LSUHSC was established under the administration of the Board of Supervisors. Therefore, the correct Defendant is the Board of Supervisors and any reference to the Board of Supervisors includes LSUHSC. *See Mire v. Bd. of Supervisors of Louisiana State Univ.*, No. CV 15-6965, 2016 WL 4761561, at *3 (E.D. La. Sept. 13, 2016); *Schuth v. Louisiana State Univ. Med. Ctr.*, No. CIV. A. 87-4191, 1989 WL 65566, at *9 (E.D. La. June 15, 1989); *Bos. v. Tanner*, 29 F. Supp. 2d 743, 745 (W.D. La. 1998).

2

VII retaliation claim, which is inadequately pled and fails to state a claim.

For these reasons and those addressed in its supporting memorandum, the Board of Supervisors requests that this Court grant its Partial Motion to Dismiss, dismiss the above claims, and grant such other relief as the Court deems appropriate.

Respectfully submitted,

**LIZ MURRILL**
**ATTORNEY GENERAL**

By: */s/ Amanda M. Plaiscia*
Craig R. Watson (#29473) (T.A.)
Special Assistant Attorney General
Guice A. Giambrone, III (#25062)
Amanda M. Plaiscia (#35962)
Blue Williams, L.L.C.
3421 N. Causeway Blvd., Suite 900
Metairie, Louisiana 70002
Telephone: (504) 831-4091
Facsimile: (504) 849-3041
Email: cwatson@bluewilliams.com
Email: ggiambrone@bluewilliams.com
Email: aplaiscia@bluewilliams.com
*Attorneys for Board of Supervisors of Louisiana State University and Agricultural and Mechanical College*

**CERTIFICATE OF SERVICE**

I, Amanda M. Plaiscia, certify that on September 9, 2025, a copy of this filing was served contemporaneously on all attorneys of record via the court's CM/ECF system.

*/s/Amanda M. Plaiscia*