UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Dr. DELORA MOUNT<br><br>Plaintiff<br><br>v.<br><br>LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER, through the BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, and LOUISIANA CHILDREN'S MEDICAL CENTER (d/b/a CHILDREN'S HOSPITAL NEW ORLEANS / MANNING FAMILY CHILDREN'S<br><br>Defendants | CIVIL ACTION<br><br>NO. 25-1377<br><br>JUDGE: SARAH S. VANCE<br><br>MAGISTRATE JUDGE:<br>KAREN WELLS ROBY<br><br>JURY DEMANDED |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Partial Motion to Dismiss Under Rules 12(b)(1) and 12(b)(6) filed by Defendant, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, will be submitted for consideration before The Honorable Sarah S. Vance, Eastern District of Louisiana, 500 Poydras St., New Orleans, LA, on **October 1, 2025** at 10:00 a.m.

*Signature on following page*

Respectfully submitted,

**LIZ MURRILL**
**ATTORNEY GENERAL**

By: */s/ Amanda M. Plaiscia*
Craig R. Watson (#29473) (T.A.)
Special Assistant Attorney General
Guice A. Giambrone, III (#25062)
Amanda M. Plaiscia (#35962)
Blue Williams, L.L.C.
3421 N. Causeway Blvd., Suite 900
Metairie, Louisiana 70002
Telephone: (504) 831-4091
Facsimile: (504) 849-3041
Email: cwatson@bluewilliams.com
Email: ggiambrone@bluewilliams.com
Email: aplaiscia@bluewilliams.com
*Attorneys for Board of Supervisors of Louisiana State University and Agricultural and Mechanical College*

## CERTIFICATE OF SERVICE

I, Amanda M. Plaiscia, certify that on September 9, 2025, a copy of this filing was served contemporaneously on all attorneys of record via the court's CM/ECF system.

*/s/Amanda M. Plaiscia*

2