UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Dr. DELORA MOUNT<br><br>　　　　　Plaintiff<br><br>v.<br><br>LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER, through the BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, and LOUISIANA CHILDREN'S MEDICAL CENTER (d/b/a CHILDREN'S HOSPITAL NEW ORLEANS / MANNING FAMILY CHILDREN'S<br><br>Defendants | CIVIL ACTION<br><br>NO. 25-1377<br><br>JUDGE: SARAH S. VANCE<br><br>MAGISTRATE JUDGE:<br>KAREN WELLS ROBY<br><br>JURY DEMANDED |

## ORDER

Considering the foregoing Partial Motion to Dismiss Under Rules 12(b)(1) and 12(b)(6) filed by Defendant, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (Board of Supervisors);

**IT IS ORDERED** that the Board of Supervisor's Partial Motion to Dismiss Under Rules 12(b)(1) and 12(b)(6) is **GRANTED,** and that Plaintiff's state law, Americans with Disabilities Act Amendments Act, and Family and Medical Leave Act claims are dismissed for lack of subject matter jurisdiction, Plaintiff's reliance on diversity jurisdiction is dismissed, Plaintiff's demand for punitive damages is dismissed; and Plaintiff's Title VII retaliation claim is dismissed against the Board of Supervisors.

New Orleans, Louisiana, this _____ day of _____, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**SARAH S. VANCE**
　　　　　　　　　　　　　　　　　　　　　　　**U.S. DISTRICT JUDGE**