UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Dr. DELORA MOUNT | CIVIL ACTION No. 25-1377 |
| VERSUS | JUDGE: SARAH S. VANCE |
| LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER, et al. | MAGISTRATE JUDGE: KAREN WELLS ROBY |

**CONSENT MOTION TO EXTEND SUBMISSION DATE**

Plaintiff Dr. Mount respectfully moves to extend the submission date of Defendant Board of Supervisors of Louisiana State University and Agricultural and Mechanical College's (LSUHSC) *Partial Motion to Dismiss* (R. Doc. 8) which is currently set for October 1, 2025 (R. Doc. 8-2).

The purpose of the extension is to align the submission date of LSUHSC's motion to dismiss with the submission date of the motion to be filed by the Louisiana Children's Medical Center, should LCMC choose to file one. LCMC's responsive pleading deadline is September 22, 2025, likely making their submission date October 15, 2025.

For that reason, Plaintiff asks that the submission date for R. Doc. 8 be set to October 15, 2025 as well. Aligning the submission dates could streamlining briefing by allowing the parties to brief and the Court to review any common issues simultaneously, promoting efficiency and preserving the resources of the court and the parties.

Counsel for all defendants have consented to amending the submission date, and did not object to it being set on October 15, 2025.

WHEREFORE, Plaintiff prays that the instant motion be granted and that the submission date be extended to October 15, 2025.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST, T.A. (La. Bar No. 36914)
DAVID LANSER (La. Bar No. 37764)
Most & Associates
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: (504) 509-5023
williammost@gmail.com
davidlanser@gmail.com

KERRY A. MURPHY (La. Bar No. 31382)
Kerry Murphy Law LLC
201 St. Charles Ave., Suite 2500, #1824
New Orleans, LA 70170
Telephone: (504) 603-1502
Facsimile: (504) 603-1503
Email: kmurphy@kerrymurphylaw.com

***Attorneys for Plaintiff, Dr. Delora Mount***