UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Dr. DELORA MOUNT | CIVIL ACTION No. 25-1377 |
| VERSUS | JUDGE: SARAH S. VANCE |
| LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER, et al. | MAGISTRATE JUDGE: KAREN WELLS ROBY |

ORDER ON CONSENT MOTION TO EXTEND SUBMISSION DATE

Considering the foregoing *Consent Motion to Extend Submission Date*, and for good cause shown, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The submission date for R. Doc. 8 (Partial Motion to Dismiss) shall be moved from October 1, 2025 to October 15, 2025.

**SIGNED** in New Orleans, Louisiana, this ___ day of _____, 2025.

_____
JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1