## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DELORA MOUNT | CIVIL ACTION NO. 2:25-cv-01377 |
| VERSUS | |
| | JUDGE SARAH S. VANCE |
| LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER, THROUGH THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, AND LOUISIANA CHILDREN'S MEDICAL CENTER (D/B/A CHILDREN'S HOSPITAL NEW ORLEANS/MANNING FAMILY CHILDREN'S) | MAGISTRATE JUDGE KAREN WELLS ROBY |

### LCMC HEALTH'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Defendant Louisiana Children's Medical Center d/b/a LCMC Health/Manning Family Children's ("LCMC Health"), respectfully moves for partial dismissal of Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff's state law Louisiana Employment Discrimination Law ("LEDL") claims should be dismissed because LCMC health is a nonprofit that is exempt from LEDL claims. Further, her claim for breach of an implied covenant of good faith and fair dealing should be dismissed because Plaintiff has not alleged a contract between LCMC Health and herself. Finally, Plaintiff's Title VII retaliation claim should also be dismissed because it is inadequately pled and fails to state a claim.

For these reasons, and those set forth in the accompanying memorandum in support and in the Board of Supervisors of Louisiana State University and Agricultural and Mechanical College's partial motion to dismiss (which is adopted herein), LCMC Health requests that this Court grant its Motion to Dismiss, dismiss the above claims, and grant such other relief as the Court deems appropriate.

#5695786v1

Respectfully Submitted:

*/s/ Amy L. McIntire*
Amy L. McIntire (#35241)
A. Elyce Ieyoub (#39918)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Tel:  (504) 585-7000
Fax:  (504) 585-7075
Email:  mcintire@chaffe.com
            elyce.ieyoub@chaffe.com

*Attorneys for Defendant, Louisiana Children's Medical Center d/b/a LCMC Health/Manning Family Children's*

2

#5695786v1