## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DR. DELORA MOUNT** | **CIVIL ACTION NO. 2:25-cv-01377** |
| **VERSUS** | |
| | **JUDGE SARAH S. VANCE** |
| **LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER, THROUGH THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, AND LOUISIANA CHILDREN'S MEDICAL CENTER (D/B/A CHILDREN'S HOSPITAL NEW ORLEANS/MANNING FAMILY CHILDREN'S)** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion to Dismiss Pursuant to Rule 12(b)(6) filed by Defendant Louisiana Children's Medical Center d/b/a LCMC Health/Manning Family Children's is hereby set for submission before the Honorable Sarah S. Vance, Eastern District of Louisiana, 500 Poydras St., New Orleans, LA, on October 15, 2025 at 10:00 a.m.

Respectfully Submitted:

*/s/ Amy L. McIntire*
Amy L. McIntire (#35241)
A. Elyce Ieyoub (#39918)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Tel: (504) 585-7000
Fax: (504) 585-7075
Email: mcintire@chaffe.com
         elyce.ieyoub@chaffe.com

*Attorneys for Defendant, Louisiana Children's Medical Center d/b/a LCMC Health/Manning Family Children's*

#5695786v1