# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DELORA MOUNT | CIVIL ACTION |
| VERSUS | NO. 25-1377 |
| LOUISIANA STATE UNIVERSITY<br>HEALTH SCIENCES CENTER, ET AL | SECTION: R (4) |

A Preliminary Conference was held October 21, 2025.

> Participating were:
> David Joseph Lanser, Kerry Ann Murphy
> Craig R. Watson, Amy L. McIntire

Pleadings have not been completed. Jurisdiction and venue are established.

Counsel adding new parties subsequent to mailing of this notice shall serve on each new party a copy of this order. Responsive pleadings, when required, shall be filed within the applicable deadlines.

**Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) must be exchanged no later than NOVEMBER 20, 2025**.

If applicable, corporate and citizenship disclosures pursuant to Federal Rule of Civil Procedure Rule 7.1 shall be filed by **NOVEMBER 4, 2025.**

Amendments to pleadings, third-party actions, crossclaims, and counterclaims shall be filed no later than **NOVEMBER 20, 2025**.

Plaintiff's expert reports under Fed. R. Civ. P. 26(a)(2)(B) or disclosures under Fed. R. Civ. P. 26(a)(2)(C) shall be delivered to counsel for Defendant as soon as possible, but in no event later than **JUNE 18, 2026**.

Defendant's expert reports under Fed. R. Civ. P. 26(a)(2)(B) or disclosures under Fed. R. Civ. P. 26(a)(2)(C) shall be delivered to counsel for Plaintiff as soon as possible, but in no event later than **JULY 7, 2026.** There will be no rebuttal expert reports.

This case does not involve extensive documentary evidence, depositions or other discovery. No special discovery limitations beyond those established in the Federal Rules or the Local Rules of this Court are established.

Depositions for trial use shall be taken and all other discovery shall be completed no later than **JULY 21, 2026.**

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, including the address and telephone number of each witness. Each party shall designate those witnesses whose testimony the party expects to present by deposition, and include a transcript of the pertinent parts of the deposition. Additionally, each party shall identify the documents or exhibits the party may or will use at trial, separately identifying those items the party expects to offer and those it may offer if the need arises. These disclosures must be made no later than **JULY 21, 2026.**

All non-evidentiary pretrial motions, including dispositive motions and class action certification motions, shall be filed no later than **JULY 21, 2026**. Memoranda in opposition to motions with citations of authorities are to be filed no later than **JULY 28, 2026** . Any reply memoranda shall be filed no later than **AUGUST 5, 2026**, at which time the motion will be deemed submitted. This Section adheres to Local Rule 78.1 regarding oral argument on motions. **Deposition transcripts submitted in support of motions are to be in an uncompressed format, specifically, double spaced lines on single sided pages.**

Motions challenging the qualifications of expert witnesses, and/or the reliability, or relevance of expert testimony ("*Daubert* motions") shall be filed no later than **JULY 21, 2026**. Memoranda in opposition to motions with citations of authorities are to be filed no later than **JULY 28, 2026.** Any reply memoranda shall be filed no later than **AUGUST 5, 2026**, at which time the motion will be deemed submitted. This Section adheres to Local Rule 78.1 regarding oral argument on motions.

Motions *in limine* shall be filed on or before **SEPTEMBER 15, 2026**, and responses thereto shall be filed no later than **SEPTEMBER 22, 2026.**

**Motions filed in violation of this order will not be considered unless good cause is shown.**

No later than **AUGUST 31, 2026**, the parties shall exchange copies of exhibits, a list of proposed trial exhibits, as well as deposition designations of proposed trial witnesses. By no later than **SEPTEMBER 3, 2026**, the parties shall exchange objections to exhibits and deposition testimony. Objections shall state the evidentiary grounds for the objections. No later than **SEPTEMBER 4, 2026**, the parties must meet in person, video conference or telephone to arrive at all possible stipulations and to resolve objections as to the admissibility of exhibits and deposition testimony. The parties shall submit memoranda on any unresolved objections to exhibits or deposition testimony no later than **SEPTEMBER 15, 2026.**

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

**IF ANY PARTY WISHES TO SCHEDULE A SETTLEMENT CONFERENCE, THAT PARTY SHOULD CONTACT THE ASSIGNED MAGISTRATE JUDGE SIX WEEKS PRIOR TO THE PRETRIAL CONFERENCE DATE FOR THE PURPOSE OF SCHEDULING A SETTLEMENT CONFERENCE TO BE HELD AT LEAST TWO WEEKS PRIOR TO THE PRETRIAL CONFERENCE.**

A final Pretrial Conference will be held on **SEPTEMBER 17, 2026 AT 10:30 A.M.** Counsel will be prepared in accordance with the Pretrial Notice attached. The pretrial order must be filed electronically through the Court's Electronic Case Filing system by **12:00 P.M. on SEPTEMBER 15, 2026**. **THE PRETRIAL ORDER SUBMITTED TO THE COURT MUST BE DOUBLE SPACED AND SIGNED BY ALL COUNSEL. The parties shall comply with all deadlines stated in the Pretrial Notice.**

Trial will commence **the week beginning SEPTEMBER 28, 2026 at 8:30 A.M.** before the District Judge **WITH** a jury.  Attorneys are instructed to report for trial no later than 30 minutes prior to this time.  The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling.  Trial is estimated to last eight days.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with Local Rules and upon a showing of good cause.  Continuances will usually not be granted.  If, however, a continuance is granted, deadlines and cut off dates will be automatically extended, unless otherwise ordered by the Court.

New Orleans, Louisiana, this __22nd__ day of October, 2025.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

Rev. February 2025

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

DELORA MOUNT                                              CIVIL ACTION

VERSUS                                                    NO. 25-1377

LOUISIANA STATE UNIVERSITY                                SECTION: R (4)
HEALTH SCIENCES CENTER, ET AL.

**ADDENDUM TO PRELIMINARY CONFERENCE ORDER**

Motions for summary judgment and oppositions to motions for summary judgment shall be filed in compliance with Local Rules 56.1 and 56.2, requiring parties to file a short and concise statement of material facts as to which there does or does not exist a genuine issue to be tried. Additionally, each party shall make specific reference to record evidence supporting its statement of material facts. Citations to record evidence shall indicate, whenever applicable, an exhibit reference, page reference, and record document number reference. Record evidence not specifically referred to by the parties may not be considered by the Court.

| | |
|---|---|
| Initial Disclosures | If initial disclosures have not been completed they must be exchanged no later than **NOVEMBER 20, 2025**. |
| Amendment to pleadings, third party-actions, cross claims and counterclaims | Filed and served no later than **NOVEMBER 20, 2025**. |
| Settlement Conference | Parties are to contact the assigned Magistrate Judge as soon as possible to schedule but no later than six weeks prior to the pretrial conference date. |
| Plaintiff's expert reports | Obtained and delivered to counsel for defendant as soon as possible, but in no event later than **JUNE 18, 2026**. |
| Defendant's expert reports | Obtained and delivered to counsel for plaintiff as soon as possible, but in no event later than **JULY 7, 2026**. |
| Witness lists | Filed and served upon opponents by **JULY 21, 2026**. |
| Exhibit lists | Filed and served upon opponents by **JULY 21, 2026**. |
| Depositions and other discovery | Completed by **JULY 21, 2026**. |
| Non-evidentiary pretrial motions, including dispositive motions, class action certification motions, and *Daubert* motions. | Filed no later than **JULY 21, 2026** |
| Responses/oppositions to non-evidentiary pretrial motions, including dispositive motions, class action certification motions, and *Daubert* motions. | Filed no later than **JULY 28, 2026** |
| Reply brief deadline & motion submission date | **AUGUST 5, 2026** |

| | |
|---|---|
| Motions in limine (except as to expert testimony) | Filed no later than **SEPTEMBER 15, 2026**. |
| Exchange copies of exhibits, a list of proposed trial exhibits, as well as deposition designations of proposed trial witnesses. | Filed no later than **AUGUST 31, 2026**. |
| Exchange objections to exhibits and deposition testimony. Objections shall state the evidentiary grounds for the objections. | Filed no later than **SEPTEMBER 3, 2026**. |
| Meet in person, video conference or telephone to arrive at all possible stipulations and to resolve objections as to the admissibility of exhibits and deposition testimony. | No later than **SEPTEMBER 4, 2026**. |
| Submit memoranda on any unresolved objections to exhibits or deposition testimony. | Filed no later than **SEPTEMBER 15, 2026.** |
| Pretrial Order | Filed electronically by 12:00 P.M. on **SEPTEMBER 15, 2026** |
| Pretrial conference date and time | **SEPTEMBER 17, 2026 AT 10:30 A.M.** |
| Responses/oppositions to motions in limine (other than those regarding admissibility of expert testimony) | Filed no later than **SEPTEMBER 22, 2026.** |
| Trial date and time | **SEPTEMBER 28, 2026 at 8:30 A.M.** |