UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Dr. DELORA MOUNT | CIVIL ACTION No. 25-1377 |
| VERSUS | JUDGE: SARAH S. VANCE |
| LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER, *et al.* | MAGISTRATE JUDGE: KAREN WELLS ROBY |

## (Refiled) CONSENT MOTION FOR PROTECTIVE ORDER

Plaintiff Del Mount moves this Court for entry of the Consent Protective Order attached hereto to govern discovery in this matter. The parties conferred regarding a protective order and have agreed upon the terms set forth in the attached proposed Consent Protective Order. All Defendants have consented to this motion.

The proposed Consent Protective Order is based on Judge Roby's standard protective order.[1] Using that standard order as a base, the parties amended the scope to include the kinds of confidential documents anticipated in this case (*e.g.*, medical records), and made minor clarifying modifications to the section regarding challenging confidentiality designations.

Per the Court's directives, all counsel have signed the attachment to the proposed order.

WHEREFORE, for the foregoing reasons, Plaintiff and Defendant request that this Court grant this Consent Motion for Protective Order and that the Order attached be entered to govern discovery in this matter.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST, T.A. (La. Bar No. 36914)
DAVID LANSER (La. Bar No. 37764)

---

[1] Available online at
https://www.laed.uscourts.gov/sites/default/files/pdfs/roby/Sample_for_Protective_Order.pdf

2

Most & Associates
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: (504) 509-5023
williammost@gmail.com
davidlanser@gmail.com

KERRY A. MURPHY (La. Bar No. 31382)
Kerry Murphy Law LLC
201 St. Charles Ave., Suite 2500, #1824
New Orleans, LA 70170
Telephone: (504) 603-1502
Facsimile: (504) 603-1503
Email: kmurphy@kerrymurphylaw.com

***Attorneys for Plaintiff, Dr. Delora Mount***

2