UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Dr. DELORA MOUNT** | **CIVIL ACTION No. 25-1377** |
| **VERSUS** | **JUDGE: SARAH S. VANCE** |
| **LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER,** *et al.* | **MAGISTRATE JUDGE: KAREN WELLS ROBY** |

### *Ex Parte* Motion for Leave to File First Amended Complaint

This motion asks the Court to enter the attached First Amended Complaint into the record, given that the Court granted leave to file an amended complaint in R. Doc. 19.

In this case, Plaintiff filed her complaint on July 3, 2025. R. Doc. 1. After Defendants filed motions to dismiss, this Court issued an order regarding the sufficiency of the complaint on December 11, 2025. R. Doc. 19. The Court dismissed certain claims because they were withdrawn, and also dismissed two claims – Plaintiff's Title VII retaliation claims and Plaintiff's claim for breach of the implied duty of good faith and fair dealing against LCMC – because of deficiencies in the complaint's factual allegations. *Id.* at 16-17. The Court, however, dismissed those claims without prejudice and granted leave to amend the complaint. *Id.*

For that reason, Plaintiff here proffers a First Amended Complaint that does several things:

- It omits the withdrawn claims;

- It adds a factual allegation regarding the existence of the oral agreement between LCMC and Plaintiff (¶¶ 41-42, 49); and

- It adds factual allegations supporting Plaintiff's Title VII retaliation claim (¶¶ 158-174, 188).

Given that leave to amend has already been granted, Plaintiff respectfully asks this Court to grant this motion and enter the attached First Amended Complaint into the record.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST, T.A. (La. Bar No. 36914)
DAVID LANSER (La. Bar No. 37764)
Most & Associates
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: (504) 509-5023
williammost@gmail.com
davidlanser@gmail.com

KERRY A. MURPHY (La. Bar No. 31382)
Kerry Murphy Law LLC
201 St. Charles Ave., Suite 2500, #1824
New Orleans, LA 70170
Telephone: (504) 603-1502
Facsimile: (504) 603-1503
Email: kmurphy@kerrymurphylaw.com

***Attorneys for Plaintiff, Dr. Delora Mount***

2