UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **Dr. DELORA MOUNT** | **CIVIL ACTION No. 25-1377** |
| **VERSUS** | **JUDGE: SARAH S. VANCE** |
| **LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER, et al.** | **MAGISTRATE JUDGE: KAREN WELLS ROBY** |

**ORDER**

Considering the foregoing *Ex Parte Motion for Leave to File First Amended Complaint*, and for good cause shown, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The attached proposed First Amended Complaint shall be filed into the record.

**SIGNED** in New Orleans, Louisiana, this ____ day of _____, 2026.

_____
JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA