UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Dr. DELORA MOUNT | CIVIL ACTION No. 25-1377 |
| VERSUS | JUDGE: SARAH S. VANCE |
| LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER, et al. | MAGISTRATE JUDGE: KAREN WELLS ROBY |

### ORDER

Considering the foregoing *Ex Parte Motion for Leave to File First Amended Complaint*, and for good cause shown, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The attached proposed First Amended Complaint shall be filed into the record.

**SIGNED** in New Orleans, Louisiana, this 5th day of January, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

1