UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Dr. DELORA MOUNT<br><br>               Plaintiff<br><br>v.<br><br>LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER, through the BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, and LOUISIANA CHILDREN'S MEDICAL CENTER (d/b/a CHILDREN'S HOSPITAL NEW ORLEANS / MANNING FAMILY CHILDREN'S<br><br>Defendants | CIVIL ACTION<br><br>NO. 25-1377<br><br>JUDGE: SARAH S. VANCE<br><br>MAGISTRATE JUDGE:<br>KAREN WELLS ROBY<br><br>JURY DEMANDED |

## **PARTIAL MOTION TO DISMISS UNDER RULE 12(b)(6)**

Defendant, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (Board of Supervisors or LSUHSC), moves for partial dismissal of Plaintiff's First Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. As set forth more fully in the accompanying Memorandum in Support, LSUHSC seeks dismissal of Plaintiff's Title VII retaliation claim, which is inadequately pled and fails to state a claim despite an opportunity to amend.

For these reasons and those addressed in its supporting memorandum, LSUHSC requests that this Court grant its Partial Motion to Dismiss, dismiss the above claims, and grant such other relief as the Court deems appropriate.

*Signature on following page*

2

Respectfully submitted,

**LIZ MURRILL**
**ATTORNEY GENERAL**

By: */s/ Amanda M. Plaiscia* _____
Craig R. Watson (#29473) (T.A.)
Special Assistant Attorney General
Guice A. Giambrone, III (#25062)
Amanda M. Plaiscia (#35962)
Blue Williams, L.L.C.
3421 N. Causeway Blvd., Suite 900
Metairie, Louisiana 70002
Telephone: (504) 831-4091
Facsimile: (504) 849-3041
Email: cwatson@bluewilliams.com
Email: ggiambrone@bluewilliams.com
Email: aplaiscia@bluewilliams.com
*Attorneys for Board of Supervisors of*
*Louisiana State University and Agricultural*
*and Mechanical College*

## CERTIFICATE OF SERVICE

I, Amanda M. Plaiscia, certify that on January 20, 2026, a copy of this filing was served contemporaneously on all attorneys of record via the court's CM/ECF system.

*/s/Amanda M. Plaiscia*