UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Dr. DELORA MOUNT<br><br>　　　　　Plaintiff<br><br>v.<br><br>LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER, through the BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, and LOUISIANA CHILDREN'S MEDICAL CENTER (d/b/a CHILDREN'S HOSPITAL NEW ORLEANS / MANNING FAMILY CHILDREN'S<br><br>Defendants | CIVIL ACTION<br><br>NO. 25-1377<br><br>JUDGE: SARAH S. VANCE<br><br>MAGISTRATE JUDGE:<br>KAREN WELLS ROBY<br><br>JURY DEMANDED |

## ORDER

Considering the foregoing Partial Motion to Dismiss Under Rule 12(b)(6) filed by Defendant, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College (Board of Supervisors or LSHUSC);

**IT IS ORDERED** that the Board of Supervisor's Partial Motion to Dismiss Under Rule 12(b)(6) is **GRANTED,** and that Plaintiff's Title VII retaliation claim is dismissed with prejudice against it.

New Orleans, Louisiana, this _____ day of _____, 2026.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　**SARAH S. VANCE**
　　　　　　　　　　　　　　　　　　　　　　　　　　**U.S. DISTRICT JUDGE**