# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DR. DELORA MOUNT** | **CIVIL ACTION NO.  2:25-cv-01377** |
| **VERSUS** | |
| | **JUDGE SARAH S. VANCE** |
| **LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER, THROUGH THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, AND LOUISIANA CHILDREN'S MEDICAL CENTER (D/B/A CHILDREN'S HOSPITAL NEW ORLEANS/MANNING FAMILY CHILDREN'S)** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

## LCMC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Defendant Louisiana Children's Medical Center d/b/a LCMC Health/Manning Family Children's ("LCMC"), respectfully moves for partial dismissal of Plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). Although this Court permitted Plaintiff to amend her complaint, Plaintiff has still failed to state a claim for retaliation and breach of the implied covenant of good faith and fair dealing. Accordingly, the aforementioned claims should be dismissed with prejudice.

Respectfully Submitted,

*/s/ Elyce Ieyoub*
Amy L. McIntire (#35241)
A. Elyce Ieyoub (#39918)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163
Tel:  (504) 585-7000, Fax:  (504) 585-7075
mcintire@chaffe.com;elyce.ieyoub@chaffe.com
*Attorneys for Defendant, Louisiana Children's Medical Center d/b/a LCMC Health/Manning Family Children's*

#5786108v1