UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DELORA MOUNT | CIVIL ACTION NO. 2:25-cv-01377 |
| VERSUS | |
| | JUDGE SARAH S. VANCE |
| LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER, THROUGH THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, AND LOUISIANA CHILDREN'S MEDICAL CENTER (D/B/A CHILDREN'S HOSPITAL NEW ORLEANS/MANNING FAMILY CHILDREN'S) | MAGISTRATE JUDGE KAREN WELLS ROBY |

## MOTION TO ENROLL CO-COUNSEL OF RECORD

NOW INTO COURT through undersigned counsel, comes Defendant Louisiana Children's Medical Center d/b/a LCMC Health, who moves this Honorable Court to enroll Joan Sheridan (La. Bar No. 41414 ) of the law firm of Chaffe McCall, LLP, as additional counsel of record for Defendant in the above matter, and respectfully requests an order enrolling as additional counsel of record in this matter.

Respectfully Submitted:

/s/ Amy L. McIntire
Amy L. McIntire (#35241)
A. Elyce Ieyoub (#39918)
Joan Sheridan (#41414)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Tel: (504) 585-7000
Fax: (504) 585-7075
Email: mcintire@chaffe.com
elyce.ieyoub@chaffe.com
joan.sheridan@chaffe.com
*Attorneys for Defendant, Louisiana Children's Medical Center d/b/a LCMC Health/Manning Family Children's*

#5802530v1