## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DELORA MOUNT | CIVIL ACTION NO.  2:25-cv-01377 |
| VERSUS | |
| | JUDGE SARAH S. VANCE |
| LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER, THROUGH THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, AND LOUISIANA CHILDREN'S MEDICAL CENTER (D/B/A CHILDREN'S HOSPITAL NEW ORLEANS/MANNING FAMILY CHILDREN'S) | MAGISTRATE JUDGE KAREN WELLS ROBY |

## **ORDER**

Considering the foregoing motion to enroll additional counsel:

IT IS HEREBY ORDERED that Joan Sheridan (La. Bar No. 41414) of the law firm of Chaffe McCall, L.L.P., email: joan.sheridan@chaffe.com is enrolled as additional counsel of record for Defendant, Louisiana Children's Medical Center d/b/a LCMC Health.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____
JUDGE

#5802530v1