

December 16, 2021

Delora Mount, MD
39 Hawk Feather Circle
Madison, WI 53717

Dear Dr. Mount,

I am thrilled that you are considering the faculty of Children's Hospital's academic partner, LSU Health New Orleans as the Service Line Chief of Pediatric Plastic Surgery for the Department of Surgery!

In addition to your offer letter from Dr. Batson on behalf of LSU, Children's Hospital is pleased to offer the following commitments:

1. Salary support of $550,000 annually paid by Children's Hospital to LSU.
2. Sign-on bonus from Children's Hospital of $30,000, eligible for payment prior to the commencement of employment with LSUHSC.

We know that your expertise will make a tremendous difference in the lives of the children and families we serve.

Let's be extraordinary together!

Sincerely,

John R. Nickens IV

Cc: Mark W. Kline, MD
 Ellis Arjmand, MD
 Lou Fragoso