**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DR. DELORA MOUNT** | **CIVIL ACTION NO.  2:25-cv-01377** |
| **VERSUS** | |
| | **JUDGE SARAH S. VANCE** |
| **LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER, THROUGH THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, AND LOUISIANA CHILDREN'S MEDICAL CENTER (D/B/A CHILDREN'S HOSPITAL NEW ORLEANS/MANNING FAMILY CHILDREN'S)** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Defendant, Louisiana Children's Medical Center d/b/a LCMC Health ("LCMC"), respectfully moves this Honorable Court to withdraw A. Elyce Ieyoub (La. Bar No. 39918) of the law firm of Chaffe McCall, L.L.P., as its counsel of record in the above-captioned proceeding. Amy L. McIntire (La. Bar No. 35241) and Joan Sheridan (La. Bar No. 41414) of Chaffe McCall, L.L.P., will remain enrolled as counsel of record and will continue to represent LCMC herein.

WHEREFORE, LCMC respectfully requests that this Court enter an Order allowing A. Elyce Ieyoub (La. Bar No. 39918) to withdraw as its counsel of record in this matter.

#5942628v1

Respectfully Submitted:


/s/ Amy L. McIntire
Amy L. McIntire (#35241)
Joan Sheridan (#41414)
A.  Elyce Ieyoub (#39918)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Tel:  (504) 585-7000
Fax:  (504) 585-7075
Email:  mcintire@chaffe.com
          joan.sheridan@chaffe.com
          elyce.ieyoub@chaffe.com
*Attorneys for Defendant, Louisiana Children's Medical*
*Center d/b/a LCMC Health/Manning Family Children's*