**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **DR. DELORA MOUNT** | **CIVIL ACTION NO. 2:25-cv-01377** |
| **VERSUS** | |
| | **JUDGE SARAH S. VANCE** |
| **LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER, THROUGH THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, AND LOUISIANA CHILDREN'S MEDICAL CENTER (D/B/A CHILDREN'S HOSPITAL NEW ORLEANS/MANNING FAMILY CHILDREN'S)** | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

**ORDER**

Considering the foregoing Motion to Withdraw as Counsel of Record filed by Defendant, Louisiana Children's Medical Center d/b/a LCMC Health:

IT IS HEREBY ORDERED that A. Elyce Ieyoub (La. Bar No. 39918), of the law firm of Chaffe McCall, L.L.P., is withdrawn as counsel of record for Defendant, Louisiana Children's Medical Center d/b/a LCMC Health and that the Clerk of Court is hereby instructed to remove her from the list of counsel of record in this case.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____
JUDGE

#5942628v1