**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| DR. DELORA MOUNT | CIVIL ACTION NO.  2:25-cv-01377 |
| VERSUS | |
| LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER, THROUGH THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, AND LOUISIANA CHILDREN'S MEDICAL CENTER (D/B/A CHILDREN'S HOSPITAL NEW ORLEANS/MANNING FAMILY CHILDREN'S) | JUDGE SARAH S. VANCE

MAGISTRATE JUDGE KAREN WELLS ROBY |

**DEFENDANT LOUISIANA CHILDREN'S MEDICAL CENTER d/b/a
LCMC HEALTH'S ANSWER AND AFFIRMATIVE DEFENSES TO
PLAINTIFF'S FIRST AMENDED COMPLAINT**

**COMES NOW** Defendant Louisiana Children's Medical Center d/b/a LCMC Health ("LCMC Health"), by and through its undersigned counsel, and hereby answers the allegations of the First Amended Complaint filed by Plaintiff Dr. Delora Mount and sets forth its defenses.  LCMC Health denies each and every allegation set forth in Plaintiff's First Amended Complaint, except to the extent such allegations are specifically admitted herein.

1.

LCMC Health admits that Plaintiff is a physician in craniofacial and pediatric plastic surgery, including the repair of cleft lip and palate birth defects and other congenital and traumatic facial abnormalities in children and infants.

2.

LCMC Health admits that Plaintiff previously served as a professor and surgeon at the University of Wisconsin and, in the summer of 2022, began a new role at Children's Hospital New

1

#5942827v1

Orleans and LSUHSC.  The remainder of allegations in Paragraph 2 are denied as written.

3.

LCMC Health denies the allegations in Paragraph 3 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

4.

LCMC Health denies the allegations in Paragraph 4 as written.

5.

LCMC Health denies the allegations in Paragraph 5 as written.

6.

LCMC Health denies the allegations in Paragraph 6 as written and for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

7.

LCMC Health denies the allegations in Paragraph 7 as written and further avers that the referenced letter is the best evidence of its contents.

8.

LCMC Health denies the allegations in Paragraph 8 as written and further avers that the referenced email is the best evidence of its contents.

9.

LCMC Health denies the allegations in Paragraph 9.

10.

The allegations in Paragraph 10 are directed at co-defendant and require no response from LCMC Health.  To the extent a response is required, LCMC Health denies the allegations in Paragraph 10.

#5942827v1

11.

LCMC Health denies the allegations in Paragraph 11 as written and for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

12.

LCMC Health denies the allegations in Paragraph 12.

13.

LCMC Health denies the allegations in Paragraph 13.

## I.  JURISDICTION AND VENUE

14.

The allegations of Paragraph 14 contain a statement of law and require no response by LCMC Health.  To the extent a response is required, LCMC Health does not dispute that this Court has jurisdiction over this case, but denies it is liable to plaintiff under any federal statute or law.

15.

The allegations of Paragraph 15 contain a statement of law and require no response by LCMC Health.  To the extent a response is required, LCMC Health does not dispute that this Court has jurisdiction over this case, but denies it is liable to plaintiff under any federal statute or law.

16.

The allegations of Paragraph 16 contain a statement of law and require no response by LCMC Health.  To the extent a response is required, LCMC Health does not dispute that this Court has jurisdiction over this case, but denies it is liable to plaintiff for any state law claims.

17.

The allegations of Paragraph 17 contain a statement of law and require no response by LCMC Health.  To the extent a response is required, LCMC Health does not dispute that venue in

3

the Eastern District of Louisiana is proper, but denies but denies it is liable to plaintiff for any federal law or state law claims.

## II.  PARTIES

### 18.

LCMC Health admits that Plaintiff is a person of the full age of majority who at times lived in New Orleans, Louisiana, but denies the remaining allegations in Paragraph 18 for lack of knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein.

### 19.

The allegations of Paragraph 19 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegations for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

### 20.

LCMC Health admits the allegations of Paragraph 20.

## III.  FACTS

**A. Defendants' Recruitment and Hiring of Dr. Mount, a National Craniofacial and Pediatric Plastic Surgery Expert.**

### 21.

LCMC Health admits that Plaintiff is a physician in craniofacial and pediatric plastic surgery, but denies the remaining allegations as written.

### 22.

LCMC Health admits that Plaintiff previously served as a professor and surgeon at the University of Wisconsin, but denies the remaining allegations lack of knowledge or information

4

sufficient to form a belief as to the truth of the remaining allegations contained therein.

23.

LCMC Health denies the allegations of Paragraph 23 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

24.

LCMC Health denies the allegations of Paragraph 24 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

25.

LCMC Health denies the allegations of Paragraph 25 as written.

26.

LCMC Health denies the allegations of Paragraph 26 as written and for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

27.

LCMC Health denies the allegations of Paragraph 27 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

28.

LCMC Health denies the allegations of Paragraph 28 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

29.

LCMC Health denies the allegations of Paragraph 29 as written and for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

#5942827v1

30.

LCMC Health denies the allegations of Paragraph 30 as written.

31.

LCMC Health denies the allegations of Paragraph 31 as written.

32.

LCMC Health denies the allegations of Paragraph 32 as written.

33.

LCMC Health denies the allegations of Paragraph 33 as written.

34.

LCMC Health denies the allegations of Paragraph 34 as written.

35.

LCMC Health denies the allegations of Paragraph 35 as written and further avers that the referenced press release is the best evidence of its contents.

### B. Relationship Between Dr. Mount, LCMC Health, and LSUHSC

36.

LCMC Health denies the allegations of Paragraph 36.

37.

LCMC Health admits that it employs physicians and staff and that a sub-entity of LCMC Health entered into a services agreement with LSUHSC.  LCMC Health avers that the referenced agreement is the best evidence of its contents.

38.

LCMC Health avers that the referenced agreement is the best evidence of its contents.

6

#5942827v1

39.

The allegations of Paragraph 39 are directed at a co-defendant and require no response by LCMC Health. To the extent a response is required, LCMC Health admits that LSUHSC employed Plaintiff.

40.

LCMC Health denies the allegations of Paragraph 40.

41.

The allegations of Paragraph 41 contain a statement of law and require no response by LCMC Health. To the extent a response is required, LCMC Health denies the allegations of Paragraph 41.

42.

The allegations of Paragraph 42 contain a statement of law and require no response by LCMC Health. To the extent a response is required, LCMC Health denies the allegations of Paragraph 42.

43.

LCMC Health denies the allegations of Paragraph 43 as written.

44.

LCMC Health denies the allegations of Paragraph 44 as written.

45.

LCMC Health denies the allegations of Paragraph 45 as written.

46.

LCMC Health denies the allegations of Paragraph 46 as written.

47.

LCMC Health denies the allegations of Paragraph 47 as written.

48.

LCMC Health denies the allegations of Paragraph 48 as written.

49.

LCMC Health denies the allegations of Paragraph 49.

50.

LCMC Health denies the allegations of Paragraph 50.

51.

LCMC Health denies the allegations of Paragraph 51.

52.

LCMC Health denies the allegations of Paragraph 52.

53.

LCMC Health denies the allegations of Paragraph 53.

54.

LCMC Health denies the allegations of Paragraph 54.

55.

LCMC Health denies each and every allegation contained in Paragraph 55, including subparts i. through xxxi, as written.

56.

The allegations of Paragraph 56 are directed at a co-defendant and require no response by LCMC Health. To the extent a response is required, LCMC Health denies the allegations as written and denies the allegations for lack of knowledge or information sufficient to form a belief as to the

#5942827v1

truth of the allegations contained therein.

57.

LCMC Health denies the allegations of Paragraph 57.

58.

LCMC Health denies the allegations of Paragraph 58.

### C. Dr. Mount's Employment and Defendants' Promotion of Dr. Masoumy Over Her.

59.

LCMC Health admits the date in Paragraph 59, but denies that it employed Plaintiff.

60.

LCMC Health admits the dates in Paragraph 60, but denies that it employed Plaintiff.

61.

LCMC Health denies the allegations of Paragraph 61 as written.

62.

LCMC Health admits the allegations of Paragraph 62.

63.

LCMC Health denies each and every allegation contained in Paragraph 63, including subparts i. through vii, as written.

64.

LCMC Health denies the allegations of Paragraph 64.

65.

LCMC Health admits that Plaintiff and Dr. Masoumy performed clinical duties at CHNOLA, but denies that it employed Plaintiff or Dr. Masoumy.

66.

LCMC Health admits that Plaintiff and Dr. Masoumy performed administrative duties at

9

#5942827v1

CHNOLA, but denies that it employed Plaintiff or Dr. Masoumy and specifically denies that Plaintiff performed more significant administrative duties than Dr. Masoumy.

67.

LCMC Health admits that Plaintiff served as Service Line Chief for plastic and reconstructive surgery at CHNOLA, but denies the remaining allegations as written and for lack of knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained therein.

68.

The allegations of Paragraph 68 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegations and denies the allegations for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

69.

The allegations of Paragraph 69 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegations and denies the allegations for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

70.

The allegations of Paragraph 70 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegations and denies the allegations for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

#5942827v1

71.

The allegations of Paragraph 71 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegations and denies the allegations for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

72.

The allegations of Paragraph 72 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegations and denies the allegations for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

73.

The allegations of Paragraph 73 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegations and denies the allegations for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

74.

The allegations of Paragraph 74 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegations and denies the allegations for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

75.

The allegations of Paragraph 75 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegations and

#5942827v1

denies the allegations denies each and every allegation contained in Paragraph 55, including subparts i. through xxxi, as written.

76.

The allegations of Paragraph 76 are directed at a co-defendant and require no response by LCMC Health. To the extent a response is required, LCMC Health denies the allegations and denies the allegations for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

77.

The allegations of Paragraph 77 are directed at a co-defendant and require no response by LCMC Health. To the extent a response is required, LCMC Health denies the allegations and denies the allegations for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

**D. Dr. Mount's Injury, FMLA Leave, Termination, and Administrative Leave**

78.

LCMC Health denies the allegations in Paragraph 78 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

79.

LCMC Health denies the allegations in Paragraph 79 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

80.

LCMC Health denies the allegations in Paragraph 80 as written.

81.

LCMC Health denies the allegations in Paragraph 81 for lack of knowledge or information

#5942827v1

sufficient to form a belief as to the truth of the allegations contained therein.

82.

LCMC Health denies the allegations in Paragraph 82 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

83.

LCMC Health denies the allegations in Paragraph 83 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

84.

LCMC Health admits that Plaintiff had a history of cancelling surgeries and clinic appointments on short notice, but denies the remaining allegations in Paragraph 84 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

85.

LCMC Health denies the allegations in Paragraph 85 as written.

86.

LCMC Health denies the allegations in Paragraph 86 as written.

87.

LCMC Health denies the allegations in Paragraph 87 as written.

88.

LCMC Health denies the allegations in Paragraph 88 as written.

89.

LCMC Health denies the allegations in Paragraph 89 as written.

#5942827v1

90.

LCMC Health admits only that Plaintiff requested leave and avers that the contents of the referenced document(s) are the best evidence of its contents. LCMC Health denies any remaining express or implied allegations in Paragraph 90.

91.

LCMC Health admits only that Plaintiff's request was approved and avers that the contents of the referenced document(s) are the best evidence of its contents. LCMC Health denies any remaining express or implied allegations in Paragraph 91.

92.

LCMC Health denies the allegations in Paragraph 92 as written and for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

93.

LCMC Health denies the allegations in Paragraph 93 as written and for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

94.

The allegations of Paragraph 94 are directed at a co-defendant and require no response by LCMC Health. To the extent a response is required, LCMC Health denies the allegations and denies the allegations for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

95.

The allegations of Paragraph 95 are directed at a co-defendant and require no response by LCMC Health. To the extent a response is required, LCMC Health admits only that Plaintiff's contract was not renewed. LCMC Health denies any remaining express or implied allegations in

14

#5942827v1

Paragraph 95.

96.

The allegations of Paragraph 96 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health avers the referenced letter is the best evidence of its contents. LCMC Health denies any remaining express or implied allegations in Paragraph 96.

97.

The allegations of Paragraph 97 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegations for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein .

98.

The allegations of Paragraph 98 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegations for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

99.

The allegations of Paragraph 99 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegations for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

100.

The allegations of Paragraph 100 are directed at a co-defendant and require no response by

#5942827v1

LCMC Health.  To the extent a response is required, LCMC Health denies the allegations for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

101.

The allegations of Paragraph 101 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegations for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

102.

The allegations of Paragraph 102 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegation as written.

103.

LCMC Health denies the allegation of Paragraph 103 as written and for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

104.

The allegations of Paragraph 104 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegation as written and for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

105.

LCMC Health denies the allegation of Paragraph 105 as written.

106.

LCMC Health denies the allegation of Paragraph 106 as written.

16

#5942827v1

107.

The allegations of Paragraph 107 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegation as written and for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

108.

LCMC Health admits that Plaintiff was paid as required by law, but denies that it employed, paid, or terminated Plaintiff's employment. LCMC Health denies any remaining express or implied allegations in Paragraph 108.

109.

LCMC Health admits that Plaintiff was paid as required by law, but denies that it employed, paid, or terminated Plaintiff's employment.  LCMC Health denies any remaining express or implied allegations in Paragraph 109.

110.

LCMC Health admits that Plaintiff was paid as required by law, but denies that it employed, paid, or terminated Plaintiff's employment.  LCMC Health denies any remaining express or implied allegations in Paragraph 110.

111.

LCMC Health denies the allegation in Paragraph 111 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

112.

LCMC Health denies the allegation in Paragraph 112 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

17

#5942827v1

113.

LCMC Health denies the allegation in Paragraph 113 as written and for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

114.

LCMC Health denies the allegation in Paragraph 114 as written and for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

115.

The allegations of Paragraph 115 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegation for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and further avers that the referenced email is the best evidence of its contents.

116.

LCMC Health denies the allegation in Paragraph 116 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

117.

The allegations of Paragraph 117 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegation for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and further avers that the referenced email is the best evidence of its contents.

118.

The allegations of Paragraph 118 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegation for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained

18

#5942827v1

therein and further avers that the referenced email is the best evidence of its contents.

119.

LCMC Health admits that Plaintiff was on FMLA leave. LCMC Health denies any remaining express or implied allegations in Paragraph 119.

120.

LCMC Heath denies the allegations of Paragraph 120 as written.

121.

LCMC Heath denies the allegations of Paragraph 121 as written.

122.

LCMC Heath denies the allegations of Paragraph 122 as written and for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

123.

LCMC Heath denies the allegations of Paragraph 123 as written and for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein. LCMC Health further avers that the referenced emails are the best evidence of their contents.

124.

LCMC Heath denies the allegations of Paragraph 124 as written and for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein. LCMC Health further avers that the referenced emails are the best evidence of their contents.

125.

LCMC Heath denies the allegations of Paragraph 125 as written and for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

19

126.

LCMC Heath denies the allegations of Paragraph 126.

127.

LCMC Heath admits that Plaintiff was placed on administrative leave and that her contract was not renewed, but denies the remaining allegations of Paragraph 127.

128.

LCMC Heath denies the allegations of Paragraph 128 as written and for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

129.

LCMC Heath denies the allegations of Paragraph 129.

130.

LCMC Heath denies the allegations of Paragraph 130.

131.

LCMC Heath denies the allegations of Paragraph 131 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

132.

LCMC Heath denies the allegations of Paragraph 132 as written and for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

133.

LCMC Health admits that Plaintiff filed an EEOC Charge against CHNOLA.  LCMC Health denies the remaining allegations directed at a co-defendant for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

134.

20

#5942827v1

LCMC Heath denies the allegations of Paragraph 134 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

135.

The allegations in Paragraph 135 contain a statement of law and requires no response by LCMC Health.  To the extent a response is required, LCMC Heath denies the allegations of Paragraph 135 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and reserves all defenses.

**D. Internal Audits and Whistleblowers Confirm LSUHSC's Equal Employment Failures.[1]**

136.

The allegations of Paragraph 136 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegation for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and further avers that the referenced document is the best evidence of its contents.

137.

The allegations of Paragraph 137 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegation for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and further avers that the referenced document is the best evidence of its contents.

---

[1] Plaintiff's First Amended Complaint labeled this section as D. although the prior section was D.

21

138.

The allegations of Paragraph 138 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegation for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and further avers that the referenced document is the best evidence of its contents.

139.

The allegations of Paragraph 139 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegation for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and further avers that the referenced document is the best evidence of its contents.

140.

The allegations of Paragraph 140 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegation for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and further avers that the referenced document is the best evidence of its contents.

141.

The allegations of Paragraph 141 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegation for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and further avers that the referenced document is the best evidence of its contents.

142.

The allegations of Paragraph 142 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegation for lack

#5942827v1

of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and further avers that the referenced document is the best evidence of its contents.

143.

The allegations of Paragraph 143 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegation for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and further avers that the referenced document is the best evidence of its contents.

144.

The allegations of Paragraph 144 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegation for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and further avers that the referenced document is the best evidence of its contents.

145.

The allegations of Paragraph 145 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegation for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and further avers that the referenced document is the best evidence of its contents.

146.

The allegations of Paragraph 146 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegation for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and further avers that the referenced document is the best evidence of its contents.

#5942827v1

147.

The allegations of Paragraph 147 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegation for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and further avers that the referenced document is the best evidence of its contents.

148.

The allegations of Paragraph 148 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegation for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and further avers that the referenced document is the best evidence of its contents.

149.

The allegations of Paragraph 149 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegation for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and further avers that the referenced document is the best evidence of its contents.

150.

The allegations of Paragraph 150 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegation for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and further avers that the referenced document is the best evidence of its contents.

151.

The allegations of Paragraph 151 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegation for lack

#5942827v1

of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and further avers that the referenced document is the best evidence of its contents.

## IV.  CLAIMS

### Count 1: Title VII of the Civil Rights Act of 1964
*Against all Defendants*

152.

The allegations of Paragraph 152 of the First Amended Complaint are a statement of reincorporation and require no response by LCMC Health.  To the extent a response is required, LCMC Health reincorporates its responses to each reincorporated paragraph as if fully set forth herein.

153.

The allegations of Paragraph 153 contain a statement of law and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies it is liable to plaintiff under any cause of action.

154.

The allegations of Paragraph 154 contain a statement of law and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies it is liable to plaintiff under any cause of action.

155.

LCMC Health denies the allegations in Paragraph 155.

156.

LCMC Health denies the allegations in Paragraph 156.

157.

LCMC Health denies the allegations in Paragraph 157.

25

#5942827v1

158.

LCMC Health denies the allegations in Paragraph 158 as written.

159.

LCMC Heath denies the allegations of Paragraph 159 as written.  LCMC Health further avers that the referenced email is the best evidence of its contents.

160.

LCMC Heath denies the allegations of Paragraph 160 as written and for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.  LCMC Health further avers that the referenced survey is the best evidence of its contents.

161.

LCMC Heath denies the allegations of Paragraph 161 as written and for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

162.

LCMC Health denies the allegations in Paragraph 162 as written.

163.

LCMC Health denies the allegations in Paragraph 163 as written.

164.

LCMC Health denies the allegations in Paragraph 164 as written.

165.

LCMC Health denies the allegations in Paragraph 165 as written.

166.

LCMC Health denies the allegations in Paragraph 166.

#5942827v1

167.

LCMC Health denies the allegations in Paragraph 167 as written.

168.

LCMC Health denies the allegations in Paragraph 168 as written.

169.

LCMC Heath denies the allegations of Paragraph 169 as written and for lack of knowledge

or information sufficient to form a belief as to the truth of the allegations contained therein.

170.

LCMC Health denies the allegations in Paragraph 170 as written.

171.

LCMC Health denies the allegations in Paragraph 171.

172.

LCMC Health denies the allegations in Paragraph 172 as written.

173.

LCMC Health denies the allegations in Paragraph 173.

174.

The allegations of Paragraph 174 are directed at a co-defendant and require no response by

LCMC Health.  To the extent a response is required, LCMC Health admits only that Plaintiff's

contract was not renewed, but denies that it employed or terminated Plaintiff's employment.

LCMC Health denies any remaining express or implied allegations in Paragraph 174.

175.

LCMC Health denies the allegations in Paragraph 175.

#5942827v1

176.

LCMC Health denies the allegations in Paragraph 176 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

177.

LCMC Health denies the allegations in Paragraph 177 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

178.

LCMC Health denies the allegations in Paragraph 178 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

179.

LCMC Health denies the allegations in Paragraph 179 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

180.

LCMC Health denies the allegations in Paragraph 180 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

181.

The allegations of Paragraph 181 are directed at a co-defendant and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies the allegations and further avers that the referenced document is the best evidence of its contents.

182.

LCMC Health denies the allegations in Paragraph 182 as written.

183.

LCMC Health denies the allegations in Paragraph 183.

28

184.

LCMC Health denies the allegations in Paragraph 184.

185.

LCMC Health denies the allegations in Paragraph 185 as written.

186.

LCMC Health denies the allegations in Paragraph 186.

187.

LCMC Health denies the allegations in Paragraph 187.

188.

LCMC Health denies the allegations in Paragraph 188.

189.

LCMC Health admits that it has more than 500 employees at all relevant times, but denies employing Plaintiff. The remaining allegations of Paragraph 189 are directed at a co-defendant, and require no response by LCMC Health. To the extent a response is required, LCMC Health denies the allegations for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

190.

LCMC Health denies the allegations in Paragraph 190.

191.

LCMC Health denies the allegations in Paragraph 191.

192.

LCMC Health denies the allegations in Paragraph 192.

29

## Count 2: Equal Pay Act
### *Against all Defendants*

193.

The allegations of Paragraph 193 of the First Amended Complaint are a statement of reincorporation and require no response by LCMC Health.  To the extent a response is required, LCMC Health reincorporates its responses to each reincorporated paragraph as if fully set forth herein.

194.

The allegations of Paragraph 194 contain a statement of law and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies it is liable to plaintiff under any cause of action.

195.

LCMC Health denies the allegations in Paragraph 195.

196.

LCMC Health denies the allegations in Paragraph 196.

197.

LCMC Health denies the allegations in Paragraph 197.

198.

LCMC Health denies the allegations in Paragraph 198.

199.

LCMC Health denies the allegations in Paragraph 199.

200.

LCMC Health denies the allegations in Paragraph 200.

#5942827v1

201.

LCMC Health denies the allegations in Paragraph 201.

202.

LCMC Health denies the allegations in Paragraph 202.

**Count 3: Americans With Disabilities Amendments Act,
Rehabilitation Act, and Louisiana Human Rights Act**
*ADAA and LHRA claims against CHNOLA only; Rehabilitation Act against all Defendants*

203.

The allegations of Paragraph 203 of the First Amended Complaint are a statement of reincorporation and require no response by LCMC Health.  To the extent a response is required, LCMC Health reincorporates its responses to each reincorporated paragraph as if fully set forth herein.

204.

The allegations of Paragraph 204 contain a statement of law and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies it is liable to plaintiff under any cause of action.

205.

The allegations of Paragraph 205 contain a statement of law and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies it is liable to plaintiff under any cause of action.

206.

The allegations of Paragraph 206 contain a statement of law and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies it is liable to plaintiff under any cause of action.

#5942827v1

207.

The allegations of Paragraph 207 contain a statement of law and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies it is liable to plaintiff under any cause of action.

208.

The allegations of Paragraph 208 contain a statement of law and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies it is liable to plaintiff under any cause of action.

209.

LCMC Health denies the allegations in Paragraph 209.

210.

LCMC Health denies the allegations in Paragraph 210 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

211.

LCMC Health denies the allegations in Paragraph 211 for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

212.

LCMC Health denies the allegations in Paragraph 212.

213.

LCMC Health denies the allegations in Paragraph 213.

214.

LCMC Health denies the allegations in Paragraph 214.

#5942827v1

215.

LCMC Health denies the allegations in Paragraph 215.

216.

LCMC Health denies the allegations in Paragraph 216.

217.

LCMC Health denies the allegations in Paragraph 217.

218.

LCMC Health denies the allegations in Paragraph 218.

219.

LCMC Health denies the allegations in Paragraph 219.

220.

The allegations of Paragraph 220 contain a statement of law and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies it is liable to plaintiff under any cause of action.

221.

The allegations of Paragraph 221 contain a statement of law and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies it is liable to plaintiff under any cause of action.

222.

LCMC Health denies the allegations in Paragraph 222.

223.

LCMC Health denies the allegations in Paragraph 223.

#5942827v1

224.

LCMC Health denies the allegations in Paragraph 224.

225.

LCMC Health admits that it receives some federal funds. The remaining allegations in Paragraph 225 are directed at a co-defendant, and require no response by LCMC Health. To the extent a response is required, LCMC Health denies the allegations for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

226.

LCMC Health denies the allegations in Paragraph 226.

227.

LCMC Health denies the allegations in Paragraph 227.

228.

LCMC Health denies the allegations in Paragraph 228.

### Count 4: Age Discrimination in Employment Act
#### *Against Defendant CHNOLA*

229.

The allegations of Paragraph 229 of the First Amended Complaint are a statement of reincorporation and require no response by LCMC Health. To the extent a response is required, LCMC Health reincorporates its responses to each reincorporated paragraph as if fully set forth herein.

230.

The allegations of Paragraph 230 contain a statement of law and require no response by LCMC Health. To the extent a response is required, LCMC Health denies it is liable to plaintiff under any cause of action.

#5942827v1

231.

LCMC Health admits the allegations in Paragraph 231.

232.

LCMC Health admits the allegations in Paragraph 232.

233.

LCMC Health denies the allegations in Paragraph 233 as written.

234.

LCMC Health denies the allegations in Paragraph 234 as written and for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

235.

LCMC Health denies the allegations in Paragraph 235 as written and for lack of knowledge or information sufficient to form a belief as to the truth of the allegations contained therein.

236.

LCMC Health denies the allegations in Paragraph 236.

237.

LCMC Health denies the allegations in Paragraph 237.

238.

LCMC Health denies the allegations in Paragraph 238.

239.

LCMC Health denies the allegations in Paragraph 239.

### Count 5: Family & Medical Leave Act
*Against CHNOLA Only*

240.

The allegations of Paragraph 240 of the First Amended Complaint are a statement of

35

#5942827v1

reincorporation and require no response by LCMC Health.  To the extent a response is required, LCMC Health reincorporates its responses to each reincorporated paragraph as if fully set forth herein.

241.

The allegations of Paragraph 241 contain a statement of law and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies it is liable to plaintiff under any cause of action.

242.

The allegations of Paragraph 242 contain a statement of law and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies it is liable to plaintiff under any cause of action.

243.

The allegations of Paragraph 243 contain a statement of law and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies it is liable to plaintiff under any cause of action.

244.

The allegations of Paragraph 244 contain a statement of law and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies it is liable to plaintiff under any cause of action.

245.

LCMC Health denies allegations of Paragraph 245 as written.

246.

LCMC Health denies allegations of Paragraph 246.

36

#5942827v1

247.

LCMC Health denies allegations of Paragraph 247.

248.

LCMC Health denies allegations of Paragraph 248.

249.

LCMC Health denies allegations of Paragraph 249.

250.

LCMC Health denies allegations of Paragraph 250.

**Count 6: Breach of Implied Covenant of Good Faith and Fair Dealing**
*Against CHNOLA Only*

251.

The allegations of Paragraph 251 of the First Amended Complaint are a statement of reincorporation and require no response by LCMC Health.  To the extent a response is required, LCMC Health reincorporates its responses to each reincorporated paragraph as if fully set forth herein.

252.

The allegations of Paragraph 252 contain a statement of law and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies it is liable to plaintiff under any cause of action.

253.

LCMC Health denies the allegations in Paragraph 253.

254.

LCMC Health denies the allegations in Paragraph 254.

37

255.

LCMC Health denies the allegations in Paragraph 255.

**RELIEF REQUESTED**

256.

Paragraph 247 contains a jury demand, which requires no response by LCMC Health.

257.

The allegations of Paragraph 257 contain a statement of law and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies it is liable to plaintiff under any cause of action.

258.

The allegations of Paragraph 258 contain a statement of law and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies it is liable to plaintiff under any cause of action.

259.

The allegations of Paragraph 259 contain a statement of law and require no response by LCMC Health.  To the extent a response is required, LCMC Health denies it is liable to plaintiff under any cause of action.

**<u>AFFIRMATIVE DEFENSES</u>**

Further answering, Defendant LCMC Health invokes and relies, in certain cases in the alternative, upon the following Affirmative Defenses to the claims set forth in the First Amended Complaint, retaining the right to amend, supplement, and/or withdraw any or all of same, as warranted, throughout the remainder of this litigation:

38

#5942827v1

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's First Amended Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

All or, alternatively, some of Plaintiff's claims may be prescribed under the applicable statute of limitation or prescriptive periods.

## THIRD AFFIRMATIVE DEFENSE

LCMC Health  was not Plaintiff's employer and has been improperly joined as a defendant.

## FOURTH AFFIRMATIVE DEFENSE

The alleged injuries and/or damages complained of by Plaintiff are due to her own actions or inactions and/or the actions or inactions of third parties for whom LCMC Health is neither factually responsible nor legally liable.  Said actions or inactions are hereby pleaded in diminution of any recovery to which Plaintiff may be entitled in this case – which entitlement is specifically denied.

## FIFTH AFFIRMATIVE DEFENSE

No action taken with respect to Plaintiff's employment was motivated in whole or in part by any legally protected activity in which Plaintiff may have engaged.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff cannot identify any legally proper comparator who was treated differently than she or who otherwise enjoyed more favorable working conditions and/or terms and conditions of employment (as the case may be) than did she.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred, in whole or in part, because LCMC Health's conduct at all times was in good faith, was justified, and lacked any wrongful intent.

#5942827v1

## EIGHTH AFFIRMATIVE DEFENSE

All of LCMC Health's action(s) taken with respect to Plaintiff were motivated by reasons/factors other than any protected class, engagement in any protected activity, or any other prohibited criteria or classification.

## NINTH AFFIRMATIVE DEFENSE

LCMC Health did not willfully pay or otherwise treat Plaintiff differently in the working conditions and/or terms and conditions of employment (as the case may be) than any other properly comparable employee; and it did not permit any such treatment through the intentional or reckless disregard for any right(s) due to Plaintiff.

## TENTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to any liquidated damages or punitive damages because any alleged acts or omissions of LCMC Health were undertaken or made in good faith, and upon reasonable grounds for believing that the act(s) or omission(s) did not violate the law.

## ELEVENTH AFFIRMATIVE DEFENSE

LCMC Health at all times paid Plaintiff in compliance with all applicable state and federal law, or believed in good faith that it was doing so and/or had done so.

## TWELFTH AFFIRMATIVE DEFENSE

LCMC Health affirmatively avers that Plaintiff is not entitled to any legal, equitable, declaratory, or monetary relief whatsoever, including but not limited to compensatory damages, liquidated damages, punitive damages, nominal damages, attorneys' fees, expert fees, or any other relief from LCMC Health.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff has not sustained any damages caused by or attributable to LCMC Health.

#5942827v1

## FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff's alleged damages, if any were to be proven, were not proximately or legally caused by any act or omission of LCMC Health or its representatives.

## FIFTEENTH AFFIRMATIVE DEFENSE

As a complete and separate defense, Plaintiff failed to mitigate or reasonably attempt to mitigate her damages, if any she has.

## SIXTEENTH AFFIRMATIVE DEFENSE

One or more of Plaintiff's causes of action is barred, in whole or in part, by the doctrines of unclean hands, waiver, and/or equitable estoppel.

## RESERVATION OF RIGHTS

LCMC Health reserves the right to assert additional defenses or claims after discovery progresses in this case and to seek relief from Plaintiff under any viable legal theory that may be proven by the facts and evidence at trial.

**WHEREFORE**, Defendant Louisiana Children's Medical Center d/b/a LCMC Health prays that this Answer be deemed good and sufficient and that, after due proceedings are had, including trial by jury, the First Amended Complaint filed against Louisiana Children's Medical Center d/b/a LCMC Health/Manning Family Children's by Plaintiff, Dr. Delora Mount, be dismissed with prejudice and at the Plaintiff's sole cost and expense.

#5942827v1

Respectfully Submitted:

*/s/ Amy L. McIntire*

Amy L. McIntire (#35241)
A.  Elyce Ieyoub (#39918)
Joan M. Sheridan (#41414)
**CHAFFE MCCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Tel:  (504) 585-7000
Fax:  (504) 585-7075
Email: mcintire@chaffe.com
        elyce.ieyoub@chaffe.com
        joan.sheridan@chaffe.com

*Attorneys for Defendant, Louisiana Children's*
*Medical Center d/b/a LCMC Health/Manning*
*Family Children's*

42

#5942827v1