**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| DR. DELORA MOUNT | CIVIL ACTION NO.  2:25-cv-01377 |
| VERSUS | |
| | JUDGE SARAH S. VANCE |
| LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER, THROUGH THE BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, AND LOUISIANA CHILDREN'S MEDICAL CENTER (D/B/A CHILDREN'S HOSPITAL NEW ORLEANS/MANNING FAMILY CHILDREN'S) | MAGISTRATE JUDGE KAREN WELLS ROBY |

**ORDER**

Considering the foregoing Motion to Withdraw as Counsel of Record filed by Defendant, Louisiana Children's Medical Center d/b/a LCMC Health:

IT IS HEREBY ORDERED that A. Elyce Ieyoub (La. Bar No. 39918), of the law firm of Chaffe McCall, L.L.P., is withdrawn as counsel of record for Defendant, Louisiana Children's Medical Center d/b/a LCMC Health and that the Clerk of Court is hereby instructed to remove her from the list of counsel of record in this case.

New Orleans, Louisiana, this 31st day of _____ March _____, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

#5942628v1