**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**Dr. DELORA MOUNT**

**VERSUS**

**LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER, et al.**

**CIVIL ACTION No. 25-1377**

**JUDGE: SARAH S. VANCE**

**MAGISTRATE JUDGE: KAREN WELLS ROBY**

## JOINT MOTION TO SET NEW SCHEDULING ORDER

Now come all parties to jointly ask that this Court set a set a scheduling conference for the purpose of amending its scheduling order to reset all discovery and pre-trial deadlines and the trial date in this matter.

**A.      Procedural Background**

On July 3, 2025, Plaintiff Dr. Delora Mount filed this suit. R. Doc. 1. Shortly thereafter, Defendants waived service. R. Docs. 4, 7.

On October 22, 2025, the Court set a scheduling order, directing a conclusion of discovery in July 2026 and a September 2026 trial. R. Doc. 16.

In March 2026, after two rounds of motions to dismiss and an amended complaint, Defendants filed their Answers. R. Docs. 34, 35.

Over the past six months, the parties have been diligently working together on discovery. The parties have exchanged numerous sets of written discovery totaling several hundred requests for admission, interrogatories, and requests for production.  With one brief pause to allow for settlement discussions, there has been a steady production of documents and frequent meeting-and-conferring among counsel.  For example, in response to Plaintiff's requests for production, Defendant Louisiana Children's Medical Center d/b/a LCMC Health/Manning Family Children's ("LCMC") retained an ESI vendor and added additional attorneys to assist with a very voluminous

1

review of tens of thousands of electronic files, and, over several months, produced tens of thousands of pages of responsive materials. Likewise, Defendant LSUHSC has spent considerable resources and time obtaining, reviewing, and producing thousands of pages of ESI material responsive to discovery. Despite these efforts, the size and complexity of Defendants' operations and some limitations given their nature has resulted in a longer-than-anticipated period of time required to run ESI searches and produce responsive, non-privileged documents.

The parties have also been diligent in discussing and trying to schedule depositions.  This process has been complicated by the fact that some key witnesses are non-parties who live outside of Louisiana.  The parties have been diligently working together on out-of-state deposition scheduling, but respectfully require more time to complete this process.

Recently, the parties discussed the possibility of settlement. Their efforts to settle the case were as yet unsuccessful.

**B.      Discussion**

"A schedule may be modified only for good cause and with the judge's consent."  Fed. R. Civ. P. 16(b)(4). Here, good cause exists to amend the scheduling order in this case. Despite the parties' substantial efforts, and primarily due to the volume of ESI implicated by this case, related constraints on production and review, and the need to conduct out-of-state depositions, they do not expect to be complete with written discovery and depositions by the scheduled discovery cut-off date, and correspondingly do not anticipate being ready for trial by September 2026 (particularly given the goal of allowing the Court ample time to consider any summary judgment motions that might be filed).

**C.      Conclusion**

For the reasons stated above, the parties jointly ask that the Court set a scheduling

conference for the purpose of amending its scheduling order to reset all discovery and pre-trial deadlines and the trial date in this matter.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST, T.A. (La. Bar No. 36914)
DAVID LANSER (La. Bar No. 37764)
Most & Associates
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: (504) 509-5023
williammost@gmail.com
davidlanser@gmail.com

KERRY A. MURPHY (La. Bar No. 31382)
Kerry Murphy Law LLC
201 St. Charles Ave., Suite 2500
New Orleans, LA 70170
Telephone: (504) 603-1502
Facsimile: (504) 603-1503
Email: kmurphy@kerrymurphylaw.com

***Attorneys for Plaintiff, Dr. Delora Mount***

*/s/ Amy L. McIntire*
Amy L. McIntire (#35241)
Joan M. Sheridan (#41414)
CHAFFE MCCALL, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Tel: (504) 585-7000
Fax: (504) 585-7075 Email:
mcintire@chaffe.com
joan.sheridan@chaffe.com
Attorneys for Defendant, Louisiana
Children's Medical Center d/b/a LCMC
Health/Manning Family Children's

*/s/ Craig R. Watson*
Craig R. Watson, #29473 (T.A.)
Guice A. Giambrone, III, #25062
Amanda M. Plaiscia, #35962
Blue Williams, L.L.C.

3421 N. Causeway Blvd., Suite 900
Metairie, Louisiana 70002
Tel.: 504-831-4091/Fax: 504 849-3057
Email: cwatson@bluewilliams.com
Email: ggiambrone@bluewilliams.com
Email: aplaiscia@bluewilliams.com
Attorneys for Defendant LSUHSC