**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **Dr. DELORA MOUNT** | **CIVIL ACTION No. 25-1377** |
| **VERSUS** | **JUDGE: SARAH S. VANCE** |
| **LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER, et al.** | **MAGISTRATE JUDGE: KAREN WELLS ROBY** |

**ORDER ON JOINT MOTION TO SET NEW SCHEDULING ORDER**

Considering the foregoing *Joint Motion to Set New Scheduling Order*, and for good cause shown, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. The Court now sets a telephonic scheduling conference for the purpose of amending its scheduling order to reset all discovery and pre-trial deadlines and the trial date in this matter on the _____ day of _____, 2026, at _____ a.m./p.m.

**SIGNED** in New Orleans, Louisiana, this ___ day of _____, 2026.

_____
JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1