UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DR. DELORA MOUNT | CIVIL ACTION |
| VERSUS | NO. 25-1377 |
| LOUISIANA STATE UNIVERSITY HEALTH SCIENCES CENTER, ET AL. | SECTION "R" (4) |

## **ORDER AND REASONS**

Before the Court is a joint motion from plaintiff Dr. Delora Mount and defendants Louisiana State University Health Sciences Center and Louisiana Children's Medical Center to amend the Court's scheduling order and reset trial and all remaining discovery and pre-trial deadlines.[1]  The Court denies the motion.

Rule 16(b) of the Federal Rules of Civil Procedure provides that "[a] scheduling order may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4).  The "good cause standard requires the party seeking relief to show that the deadlines cannot reasonably be met despite the diligence of the party needing the extension."  *S&W Enters., L.L.C. v. SouthTrust Bank, NA*, 315 F.3d 533, 535 (5th Cir. 2003) (cleaned

---

[1]    R. Doc. 37.

up).  Whether to grant or deny a continuance is within the sound discretion of the trial court.  *United States v. Alix*, 86 F.3d 429, 434 (5th Cir. 1996).

The Court finds that the parties have not met the good cause standard here.  *See S&W Enters., L.L.C.*, 315 F.3d at 535.  The parties lament that production of ESI is taking longer than expected and that the scheduling of depositions for out-of-state witnesses is difficult.  It appears that the parties have not scheduled a single deposition and have given no indication of how many depositions they require.  As stated in the scheduling order of October 22, 2025, "[t]his case does not involve extensive documentary evidence, depositions or other discovery."[2]  The Court suspects that discovery here has been excessive.  The parties have already had seven months to work on discovery, and a month and a half remains before the close of discovery on July 21, 2026.

The Court DENIES the motion to modify the scheduling order and imposes the following limitations on discovery.  No additional discovery requests under Federal Rules of Civil Procedure 33, 34, or 36 may be propounded.  The only discovery permitted to go forward other than completing responses to already-issued discovery requests are depositions. The parties must meet and confer to agree to a deposition schedule within

---

[2]    R. Doc. 16.

seven days of the issuance of this Order, and all depositions must be completed by the existing deadline. The Court notes that out-of-state witnesses can be subpoenaed pursuant to Federal Rules of Civil Procedure 45(b)(2) ("A subpoena may be served at any place within the United States."), and 45(c)(1) ("A subpoena may command a person to attend a ... deposition . . . within 100 miles of where the person resides, is employed, or regularly transacts business in person").

New Orleans, Louisiana, this 8th day of June, 2026.

_____

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE