**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

DR. DELORA MOUNT

VERSUS

LOUISIANA STATE UNIVERSITY
HEALTH SCIENCES CENTER, THROUGH
THE BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY AND
AGRICULTURAL AND MECHANICAL
COLLEGE, AND LOUISIANA CHILDREN'S
MEDICAL CENTER (D/B/A CHILDREN'S
HOSPITAL NEW ORLEANS/MANNING
FAMILY CHILDREN'S)

CIVIL ACTION NO.  2:25-cv-01377

JUDGE SARAH S. VANCE

MAGISTRATE JUDGE
KAREN WELLS ROBY

**ORDER**

Considering the foregoing motion to enroll additional counsel:

IT IS HEREBY ORDERED that Peter J. Rotolo, III (La. Bar No. 21848) of the law firm

of Chaffe McCall, L.L.P., email: rotolo@chaffe.com is enrolled as additional counsel of record for

Defendant, Louisiana Children's Medical Center d/b/a LCMC Health.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____
JUDGE

#6016632v1