**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**Dr. DELORA MOUNT**                                    **CIVIL ACTION No. 25-1377**

**VERSUS**                                                       **JUDGE: SARAH S. VANCE**

**LOUISIANA STATE UNIVERSITY HEALTH**     **MAGISTRATE JUDGE:**
**SCIENCES CENTER, et al.**                              **KAREN WELLS ROBY**

**JOINT NOTICE OF SETTLEMENT**
**AND MOTION FOR CONDITIONAL ORDER OF DISMISSAL**

Now come all parties to jointly notify the Court that they have reached a settlement in principle of all claims as to all parties in the above-captioned action and respectfully request that the Court issue a conditional order of dismissal. The parties request that the conditional order of dismissal (a) allow for reinstatement of the matter if the settlement is not consummated within sixty days; and (b) provide that the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated within sixty days. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.,* 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert,* 298 F.3d 424, 430 (5th Cir. 2002).

For these reasons, the parties respectfully request that the Court enter a conditional order of dismissal, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if the settlement is not consummated, and retain jurisdiction to enforce the settlement agreement if settlement is not consummated within sixty days.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST, T.A. (La. Bar No. 36914)
DAVID LANSER (La. Bar No. 37764)
Most & Associates
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: (504) 509-5023

1

williammost@gmail.com
davidlanser@gmail.com

KERRY A. MURPHY (La. Bar No. 31382)
Kerry Murphy Law LLC
201 St. Charles Ave., Suite 2500
New Orleans, LA 70170
Telephone: (504) 603-1502
Facsimile: (504) 603-1503
Email: kmurphy@kerrymurphylaw.com

***Attorneys for Plaintiff, Dr. Delora Mount***

Amy L. McIntire (#35241)
Joan M. Sheridan (#41414)
CHAFFE MCCALL, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Tel: (504) 585-7000
Fax: (504) 585-7075 Email:
mcintire@chaffe.com
joan.sheridan@chaffe.com
Attorneys for Defendant, Louisiana
Children's Medical Center d/b/a LCMC
Health/Manning Family Children's


Craig R. Watson, #29473 (T.A.)
Guice A. Giambrone, III, #25062
Amanda M. Plaiscia, #35962
Blue Williams, L.L.C.
3421 N. Causeway Blvd., Suite 900
Metairie, Louisiana 70002
Tel.: 504-831-4091/Fax: 504 849-3057
Email: cwatson@bluewilliams.com
Email: ggiambrone@bluewilliams.com
Email: aplaiscia@bluewilliams.com
Attorneys for Defendant LSUHSC

2