**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**Dr. DELORA MOUNT**                              **CIVIL ACTION No. 25-1377**

**VERSUS**                                        **JUDGE: SARAH S. VANCE**

**LOUISIANA STATE UNIVERSITY HEALTH**            **MAGISTRATE JUDGE:**
**SCIENCES CENTER, et al.**                       **KAREN WELLS ROBY**

**ORDER OF DISMISSAL**

Considering the foregoing *Joint Notice of Settlement and Motion for Conditional Order of Dismissal*, and for good cause shown, **IT IS HEREBY ORDERED** that the Motion is **GRANTED**. **IT IS FURTHER ORDERED** that this action be and is dismissed as to all parties, without costs and without prejudice to the right, upon good cause shown, within sixty days, to reopen the action if the settlement is not consummated. In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated within sixty days. See Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. of Am.,* 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert,* 298 F.3d 424, 430 (5th Cir. 2002).

**SIGNED** in New Orleans, Louisiana, this ___ day of _____, 2026.

---

JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

1