**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

Dr. DELORA MOUNT                                    CIVIL ACTION No. 25-1377

**VERSUS**                                          JUDGE: SARAH S. VANCE

LOUISIANA STATE UNIVERSITY HEALTH      MAGISTRATE JUDGE:
SCIENCES CENTER, et al.                 KAREN WELLS ROBY

### JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, come all parties who jointly motion to dismiss the above-captioned case, with prejudice, each party to bear its own costs.

This Court previously entered an Order of Dismissal which stated, in part, that parties could "reopen the action if the settlement is not consummated" within sixty days.[1] Parties have since consummated the settlement and, therefore, move this Court to enter a final order of dismissal.

WHEREFORE, parties jointly ask this Court to issue a final order of dismissal.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST, T.A. (La. Bar No. 36914)
DAVID LANSER (La. Bar No. 37764)
Most & Associates
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
Tel: (504) 509-5023
williammost@gmail.com
davidlanser@gmail.com

KERRY A. MURPHY (La. Bar No. 31382)
Kerry Murphy Law LLC
201 St. Charles Ave., Suite 2500
New Orleans, LA 70170
Telephone: (504) 603-1502
Facsimile: (504) 603-1503
Email: kmurphy@kerrymurphylaw.com

***Attorneys for Plaintiff, Dr. Delora Mount***

---

[1] R. Doc. 42.

1

*/s/ Amy L. McIntire*
Amy L. McIntire (#35241)
Joan M. Sheridan (#41414)
CHAFFE MCCALL, L.L.P.
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Tel: (504) 585-7000
Fax: (504) 585-7075 Email:
mcintire@chaffe.com
joan.sheridan@chaffe.com
Attorneys for Defendant, Louisiana
Children's Medical Center d/b/a LCMC
Health/Manning Family Children's

*/s/ Craig R. Watson*
Craig R. Watson, #29473 (T.A.)
Guice A. Giambrone, III, #25062
Amanda M. Plaiscia, #35962
Blue Williams, L.L.C.
3421 N. Causeway Blvd., Suite 900
Metairie, Louisiana 70002
Tel.: 504-831-4091/Fax: 504 849-3057
Email: cwatson@bluewilliams.com
Email: ggiambrone@bluewilliams.com
Email: aplaiscia@bluewilliams.com
Attorneys for Defendant LSUHSC