## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

Dr. DELORA MOUNT

VERSUS

LOUISIANA STATE UNIVERSITY HEALTH
SCIENCES CENTER, et al.

CIVIL ACTION No. 25-1377

JUDGE: SARAH S. VANCE

MAGISTRATE JUDGE:
KAREN WELLS ROBY

## <u>ORDER OF DISMISSAL</u>

Considering the foregoing *Joint Motion to Dismiss with Prejudice*, IT IS HEREBY

ORDERED that the above-captioned case is dismissed, with prejudice, each party to bear its own

costs.

Signed this _____ day of _____, 2026, in New Orleans, Louisiana.


_____

1