UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DELORA MOUNT                                            CIVIL ACTION

VERSUS                                                  NO. 25-1377

LOUISIANA STATE UNIVERSITY                              SECTION R
HEALTH SCIENCES CENTER ET
AL.

### ORDER AND REASONS

Before the Court is a motion for dismissal with prejudice.[1] This Court's Order of Dismissal of June 26, 2026, dismissed this action as to all parties without prejudice to the right to reopen the action upon good cause shown if settlement is not consummated within sixty days.[2] Excepting the right to reopen if settlement is not consummated, the dismissal is with prejudice. As the Court has already dismissed the claims at issue here with prejudice, the Court **DISMISSES** the motion to dismiss with prejudice **AS MOOT.**

New Orleans, Louisiana, this 4th day of August, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]      R. Doc. 43.
[2]      R. Doc. 42.

1